03cr57 mopp surrend date

FILED

2004 DEC 20 P 12: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :    DOCKET NO: 3:03CR00057 (JCH)

VS.                          :

MILDRED MILLER              :    DECEMBER 17, 2004

MOTION TO POSTPONE SURRENDER DATE

The defendant, Mildred Miller, in the above-captioned action respectfully represents that the Court imposed sentence on November 6, 2003, sentencing the defendant to be imprisoned for a term of sixty (60) months, with a voluntary surrender date no later than noon on January 20, 2004.

By Motion to Postpone Surrender Date, dated January 14, 2004, defendant sought to postpone said surrender date in order that she might have certain medical tests performed before her surrender, including a breast mammogram. The Court, acting by the Hon. Stefan R. Underhill, U.S.D.J., in the absence of the Hon. Janet C. Hall, U.S.D.J., granted said Motion to Postpone Surrender Date to February 2, 2004.

By Motion to Postpone Surrender Date, dated January 29, 2004, the defendant moved to postpone the surrender date until May 3, 2004, in order that she might undergo surgery for breast cancer, which motion the Court granted.

By Motion to Postpone Surrender Date, dated April 27, 2004, the defendant moved to postpone the surrender date until August 3, 2004, in order to permit her to undergo radiation and chemotherapy treatment for her breast cancer from her private health-care providers, which motion the Court granted.

Attached hereto is a photocopy of letter from Samuel Anyatonne, M.D., the defendant's primary treating physician, indicating that the defendant had breast cancer, s/p chemotherapy and is scheduled to start radiation treatment for a period of seven (7) to eight (8) weeks starting on December 16, 2004 to be followed by Dr. Kamiadt and Dr. Bertsch.

Wherefore, the defendant, Mildred Miller, respectfully moves to postpone the present surrender date of January 17, 2005 until March 31, 2005, in order to permit her to undergo radiation treatment for her breast cancer from her private health care providers.

Assistant United States Attorney James G. Genco has indicated that the United States has no objection to this Motion.

DEFENDANT, MILDRED MILLER

By_____
Brian J. Woolf, Esq.
THE LAW OFFICES OF BRIAN J. WOOLF, LLC
50 Founders Plaza
East Hartford, CT 06108
Tel. No. (860) 290-8690
Federal Bar No.: 10227
Her Attorneys

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, this 17th day of December, 2004 to:

Courtesy Copy to Chambers:

Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Street
Bridgeport, CT 06604

James G. Genco, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

Ms. Kaatya Lopez, Probation Officer
U.S. Probation Office
Abraham Ribicoff Bldg and Court House
450 Main Street
Hartford, CT 06103

_____
Brian J. Woolf, Esq.

3

**ProHealth PHYSICIANS**

MILDRED MILLER

Samuel Anyatonwu, M.D.
*Internal Medicine*

85 Seymour Street
Suite 1009
Hartford, CT 06106
(860) 728-6674
Fax (860) 522-5755

To whom it may concern,

Patient has had breast cancer, s/p chemotherapy. Scheduled to start radiation treatment for a period of 7-8 weeks starting on 12/16/04. To be followed by Dr. Kamradt and Dr. Bertsch.

I will keep you informed about her progress.

*[signature: Sam Anyatonwu]*

*www.prohealthmd.com*