

FILED

2005 MAR 28 P 1: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO: 3:03CR00057 (JCH) |
| VS. | : | |
| MILDRED MILLER | : | MARCH 26, 2005 |

## MOTION TO POSTPONE SURRENDER DATE

The defendant, Mildred Miller, in the above-captioned action respectfully represents that the Court imposed sentence on November 6, 2003, sentencing the defendant to be imprisoned for a term of sixty (60) months, with a voluntary surrender date no later than noon on January 20, 2004.

By Motion to Postpone Surrender Date, dated January 14, 2004, defendant sought to postpone said surrender date in order that she might have certain medical tests performed before her surrender, including a breast mammogram. The Court, acting by the Hon. Stefan R. Underhill, U.S.D.J., in the absence of the Hon. Janet C. Hall, U.S.D.J., granted said Motion to Postpone Surrender Date to February 2, 2004.

By Motion to Postpone Surrender Date, dated January 29, 2004, the defendant moved to postpone the surrender date until May 3, 2004, in order that she might undergo surgery for breast cancer, which motion the Court granted.

By Motion to Postpone Surrender Date, dated April 27, 2004, the defendant moved to postpone the surrender date until August 3, 2004, in order to permit her to undergo radiation and chemotherapy treatment for her breast cancer from her private health-care providers, which motion the Court granted.

By Motion to Postpone Surrender Date, Dated December 17, 2004 the defendant moved to postpone the surrender date until March 31, 2005, in order to permit her to undergo radiation treatment for her breast cancer from her private health care providers, which motion the Court granted indicating that it would be the final postponement.

Notwithstanding, the defendant, Mildred Miller, respectfully moves to postpone the present surrender date of March 31, 2005 until at least May 31, 2005, per the attached medical reports. (Attached hereto are photocopies of letters received by this office on March 24, 2005, from Samuel Anyatonne, M.D. and Jeffrey M. Kamradt, M.D. and from Jefferson X-Ray.)

We have contacted Assistant United States Attorney James G. Genco, read him the contents of the attached letters and the U.S. Government opposes any further postponement inasmuch as it appears that the attachments indicate that the defendant's medical condition is only an issue of monitoring her medication, which can be conducted by the Bureau of Prisons.

2

DEFENDANT, MILDRED MILLER

By_____
   Brian J. Woolf, Esq.
   THE LAW OFFICES OF BRIAN J. WOOLF, LLC
   50 Founders Plaza
   East Hartford, CT 06108
   Tel. No. (860) 290-8690
   Federal Bar No.: 10227
   Her Attorneys


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, this 26th day of March, 2005 to:

Courtesy Copy to Chambers:

Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Street
Bridgeport, CT 06604

James G. Genco, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

Ms. Kaatya Lopez, Probation Officer
U.S. Probation Office
Abraham Ribicoff Bldg and Court House
450 Main Street
Hartford, CT 06103


Brian J. Woolf, Esq.

3

*ATTN:*
*BRIAN*
*WOOLF*

# ProHealth
## PHYSICIANS

*Samuel Anyatonwu, MD*
*Internal Medicine*

To Whom It May Concern:

*Mildred Miller had breast surgery done on 4/21/2004 which was uneventful.
She has been followed by Dr Kamradt for stage I estrogen receptor breast
cancer. She is getting arimidex – adjuvant endocrine therapy – which was
started after her radiation and chemotherapy. Requires monitoring with lab-
work while on Arimidex. Had a bone scan done which does not show
metastasis and a bone density study which was normal. To see Dr. Kamradt
on 4/23/2005 for ongoing chemotherapy and medication monitoring.*

*In addition, she still has difficulty breathing and is to be  seen by
Dr.Cappelluti on 4/1/2005*

*I will keep you updated.*

*Sincerely,*

*Samuel Anyatonwu MD*

85 Seymour Street
Suite 1009
Hartford, CT 06106
(860) 728-6674
Fax (860) 522-5755

*www.prohealthmd.com*

**J X R**

www.jeffersonxray.com

DR. ANYATONWU
ATTN: Brian Woolf

**Jefferson X-Ray Group, P.C**

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860) 231-1900 F(860) 236-6153

PATIENT NAME
**MILLER, MILDRED**

ATTN: K. Lopez

AT THE REQUEST OF

ERIKA CAPPELLUTI, MD
85 SEYMOUR STREET
SUITE 923
HARTFORD, CT 06106
FAX: (860) 520-1379

| ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|
| 1547307 | 03/21/05 | 0652334 |

DATE OF BIRTH
8/14/49

AGE/SEX
55 Y/F

PATIENT PHONE
(860) 231-7282

**Accession:** 1547307    CT CHEST WW/O CONTRAST - 71270

CLINICAL INDICATION: Bronchiectasis, question radiation therapy induced fibrosis.

CT OF CHEST WITH CONTRAST INCLUDING HIGH RESOLUTION CT IMAGES:

50 cc. of Ultravist contrast was given. 7 mm. slice images were obtained through the chest. Additional 1 mm. high resolution CT images were performed with both inspiration and expiration. These are compared with the previous study of 4/13/04. Changes overall appear to be stable since the previous exam. There are scattered calcified nodules that appear to be granulomas. There is scarring in the hilar areas particularly to the upper lobes with associated bronchiectasis. It is worse on the left than right side. There is slightly more fibrotic change to the right upper lobe in the subpleural lung on the current study than seen on the previous exam. The bronchiectasis though is similar. This primarily affects the left upper lobe, right middle lobe and it is evident also in both lower lobes and not as severely. There are scattered small pleural plaques. There is a pattern of mosaic perfusion involving both lungs. There is no significant adenopathy. There is no effusion. Images extending into the upper abdomen show normal appearance of the adrenal glands.

IMPRESSION:

No significant change since previous study of 4/13/04. There is some slight increase in linear fibrotic changes in the upper lobe when compared to the previous CAT scan, but otherwise there has been no significant change in the areas of scarring, bronchiectasis, pleural plaques, calcified granuloma or mosaic perfusion pattern in the lungs.

Thank you for referring your patient to us,

*Bruce P Arose*

Bruce Arose, MD

mjr
d: 3/21/2005 t: 5:32:00PM
cc: SAMUEL ANYATONWU, MD
    85 SEYMOUR STREET
    SUITE 1009
    HARTFORD, CT 06106

This report is ONLY for the use of the authorized recipient, employee or agent to which it is addressed and contains information that is confidential, privileged and exempt from disclosure by law. Unauthorized transfer or communication of this information is STRICTLY PROHIBITED. Please contact us immediately for instructions if you received this report in error. Thank you.

Printed on:  3/22/2005   @  10:21:07AM

# Oncology Associates, P.C.

**HELEN AND HARRY GRAY CANCER CENTER**
**85 RETREAT AVENUE   HARTFORD, CT 06106**
**(860) 249-6291   FAX (860) 728-0151**

STACY R. NERENSTONE, M.D.
PETER K. SCHAUER, M.D.
ROBERT D. SIEGEL, M.D.
W. JEFFREY BAKER, M.D.
MARK E. DAILEY, M.D.
TIMOTHY J. HONG, M.D.
JEFFREY M. KAMRADT, M.D.

March 15, 2005

Samuel Anyatonwu, MD
85 Seymour Street, Suite 1009
Hartford, CT 06106

Re:  MILLER, MILDRED

Dear Anyatonwu:

I met with Mildred Miller in my office today.  As you are aware, she comes in follow-up of stage I estrogen receptor breast cancer.  She and I discussed the use of adjuvant endocrine therapies.  I have written her a prescription for Arimidex to decrease her risk of recurrence following her chemotherapy and radiation therapy.

As you are aware, Mrs. Miller is having arthralgia symptoms in her left wrist.  A recent bone scan revealed no evidence of metastatic disease.  Also, she had a bone marrow density study performed which reveals normal bone mass.  I have warned her that Arimidex can lead to arthralgias/myalgias in a third of patients who take this.  It is also possible that her discomfort is related to the estrogen deprivation status that the chemotherapy caused by inducing menopause in her particular case.

She will return in 6 weeks to see how she is tolerating the Arimidex. When I have more information I will be in touch with you.

Jeffrey M. Kamradt, MD

cc:  HELAINE BERTSCH, MD

JMK/sv

8D CANAL COURT
AVON PARK NORTH
AVON, CT 06001

WINDHAM HOSPITAL
HATCH WING
WILLIMANTIC, CT 06226