UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | 3-03-cr-57 (JCH) |
| | : | |
| MILDRED MILLER | : | MAY 31, 2006 |

## ORDER

The court hereby waives the requirements for admission to the Connecticut CJA panel and admits *pro hac vice* Attorney Eileen Shapiro of 45 Washington Street, #10, Brooklyn, New York 11201 for purposes of remand and resentencing in conformity with United States v. Booker in the representation of Mildred Miller in the above case. Attorney Shapiro should file her appearance on behalf of Ms. Miller with the Clerk's Office, U.S. District Court, 915 Lafayette Blvd., Bridgeport, CT 06604.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 31st day of May, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge