UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    3-03-cr-00057 (JCH)

                                            Notice of Appearance

                    -v-

MILDRED MILLER

_____

PLEASE TAKE NOTICE that pursuant to the Order of

Hon. Janet C Hall, Eileen F. Shapiro hereby appears as attorney of record,

pursuant to the Criminal Justice Act, for defendant Mildred Miller, and

further requests that copies of all papers in this matter be served upon her at

the address set forth below.

Dated:  Brooklyn, New York
        June 14, 2006

                        By: Eileen F. Shapiro

                            Law Office of Eileen F. Shapiro
                            45 Washington Street #160
                            Brooklyn, New York 11201
                            718-254-9049

To: James G. Genco, Esq.
    Assistant United States Attorney
    450 Main Street – Room 328
    Hartford, CT 06103