UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | 3-03-cr-57 (JCH) |
| | : | |
| MILDRED MILLER | : | SEPTEMBER 1, 2006 |

**AMENDED SCHEDULING ORDER**

In light of the Booker/Fagans Remand from the Second Circuit Court of Appeals (Doc. No. 54), the court hereby schedules a resentencing in this matter for **SEPTEMBER 26, 2006** at **10:00 a.m.** The defendant should file any sentencing memorandum no later than **SEPTEMBER 14, 2006**. The government's response, if any, should be filed no later than **SEPTEMBER 20, 2006.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 1st day of September, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge