UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT_____

UNITED STATES OF AMERICA                3-03-cr-00057 (JCH)

                    -v-

MILDRED MILLER

---

### AFFIDAVIT OF SERVICE

Eileen F. Shapiro, an attorney admitted to practice before the courts of the State of New York and this honorable Court, hereby affirms under penalty of perjury:

1. I am not a party to this action, am over 18 years of age and reside in Kings County, NY.

2. On September 15, 2006, I served a copy of Defendant's Sentencing Memorandum on:

                    James G. Genco, Esq.
                    Office of the United States Attorney
                    450 Main Street, Room 328
                    Hartford, CT 06103

3. Said service was made by placing same, in an envelope provided for this purpose, and then depositing it in a box maintained by Federal Express for overnight delivery.

                    Affirmed_____
                              Eileen F. Shapiro, Esq.

September 15, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    3-03-cr-00057 (JCH)

-v-

MILDRED MILLER

---

### AFFIDAVIT OF SERVICE

Eileen F. Shapiro, an attorney admitted to practice before the courts of the State of New York and this honorable Court, hereby affirms under penalty of perjury:

1. I am not a party to this action, am over 18 years of age and reside in Kings County, NY.

2. On September 15, 2006, I served a copy of Defendant's Sentencing Memorandum on:

        James G. Genco, Esq.
        Office of the United States Attorney
        450 Main Street, Room 328
        Hartford, CT 06103

3. Said service was made by placing same, in an envelope provided for this purpose, and then depositing it in a box maintained by Federal Express for overnight delivery.

Affirmed _____
            Eileen F. Shapiro, Esq.

September 15, 2006

# ATTACHMENT A

# Wheeler Clinic

May 30, 2006

Judge Janet C. Hall
Federal Court Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Dear Judge Hall,

I am writing this letter in regards to Ms. Mildred Miller, who was a client at Wheeler Clinic, Inc. in the Bettor Choice Gambling Treatment Program from April 21, 2003 through March 21, 2005. Ms. Miller presented for her initial assessment at the request of her Federal Pretrial Services Officer, Ms. Kattya Lopez. Ms. Miller remained active in treatment until her incarceration in March 2005, 16 months after her actual sentencing (November 6, 2003). She attended a total of 95 sessions and was seen in individual therapy, group therapy and medication monitoring with our MD Psychiatrist. She remained active throughout a grueling treatment regimen for breast cancer. Despite multiple stressors Ms. Miller achieved sustained abstinence from all forms of gambling. She consistently shared, asked for help and followed through on suggestions made to her. She always took full responsibility for her behavior and worked extremely hard to do things differently. She made tremendous progress and worked to heal damaged relationships with family members, prevent relapse and consistently implement more effective coping strategies to deal with problems and stressors.

During her incarceration Ms. Miller has been unable to receive ongoing, gambling specific treatment. Efforts to get her into the institutional based treatment program failed as they had no capacity to treat a gambling disorder within the existing program structure. Ms. Miller is very aware that her work is not done. She realizes she must continue to work a recovery program in order to maintain the progress she has made. Her commitment to this continues to be strong and I believe she has the necessary skills and supports to do so.

Ms. Miller plans to re-engage in treatment upon her release to address issues related to community reintegration, relapse prevention and family concerns.

Sincerely,

*P.A. Devendorf*

Patricia A. Devendorf, MS, LADC, NCGC
Coordinator Bettor Choice Gambling Treatment Program
Department of Adult Services

PAD/nab

c: Ms. Mildred Miller

645 Farmington Avenue · Hartford, CT 06105 · Tel: 860-523-9788 · Fax: 860-232-5049 · www.wheelerclinic.org

# ATTACHMENT B

# State of Connecticut

## This Certifies That

### Mildred Miller

has satisfied all requirements pursuant to Connecticut General Statutes 10 - 5, as amended, and is therefore awarded this diploma in compliance with the rules and regulations of the State Board of Education.

# High School Diploma

No. 8934532

Date    Novembe 21, 2005

Secretary, State Board of Education

# ATTACHMENT C

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

P.S. 5803.07
March 16.1998
Attachment A, Page 1

## PROGRESS REPORT

FPC, Danbury, CT
INSTITUTION

June 12, 2006
DATE

Inmate Reviewed:

_Mildred Miller_ _6/13/2006_ _Staff Signature_
Inmate's Signature      /Date              Staff Signature

| 1. Type of Progress Report: | | |
|---|---|---|
| Initial: _____  Statutory Interim: _____  Pre-Release: __XXX__ <br> Transfer:  Biennial:  Other (specify): | | |
| 2. Name: <br> MILLER, Mildred | 3. Register Number: <br> 15069-014 | 4. Age (DOB): <br> 56 (08-14-1949) |
| 5. Present Security / Custody Level: Minimum / OUT | | |
| 6. Offense / Violator Offense: 18 U.S.C. 1343, Wire Fraud | | |
| 7. Sentence: 60 Months; 3 Years Supervised Release; $100.00 Felony Assessment; <br> $4,765,898.00 Restitution | | |
| 8. Sentence Began: <br> 03-31-2005 | 9. Months Served + Jail Credit: <br> 14 Months + 1 Day JCT | 10. Days GCT/or EGT/SGT <br> 54 Days GCT |
| 11. Days FSGT/WSGT/ DGCT: <br> 0/0/0 | 12. Projected Release: <br> 08-06-2009 via GCT | 13. Last USPC Action: <br> N/A |
| 14. Detainers / Pending Charges: There are no known detainers or pending charges. | | |
| 15. Co-defendants: Kevin Morrison. | | |

Distribution:   Inmate File
                         U.S. Probation Office (final progress report only)
                         Parol Commission Regional office (If applicable; final progress report only)
                         Inmate

BP-CLASS-3

P.S. 5803.07
March 16, 1998
Attachment A, Page 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PROGRESS REPORT - CONTINUED

Committed Name: MILLER, Mildred    Reg. No.: 15069-014    Date: June 12, 2006

16.    **INSTITUTIONAL ADJUSTMENT**:

A.    **PROGRAM PLAN:** Ms. Miller was initially classified at the Federal Correctional Institution, Danbury, Connecticut, on April 25, 2005. At that time, the unit team encouraged her to participate in the following programs: Inmate Financial Responsibility, Institution Release Preparation, recreational activities, mental health and gambling counseling, and maintain clear conduct. She was re-classified at the Federal Prison Camp, Danbury, Connecticut, on October 7, 2005. During this meeting, the unit team recommended that she continue making monthly payments towards her restitution, weekly recreational activities, GED classes, and maintain clear conduct. Ms. Miller has followed the recommendations of the unit team. She has participated in recreational activities, pre-release classes, self-help groups, and the Inmate Financial Responsibility Program.

B.    **WORK ASSIGNMENTS:** Ms. Miller is currently works in the Education Department where she is assigned as a Parenting Clerk. She works during visiting days and keeps an account of all children under 16 years of age. She issues toys and games to the children, cleans and organizes the toys, and sets up chairs in the visiting room. Her supervisor states that she does a fine job and demonstrates genuine interest in her job. Also, that she took her work seriously and was reliable. Prior to this assignment, she was assigned as a Lobby Orderly. She was responsible for cleaning the entrance to the main facility. She has also work limited time in th Food Service and Recreation Departments.

C.    **EDUCATIONAL/VOCATIONAL PARTICIPATION:** Ms. Miller earned her General Equivalency Diploma on November 22, 2005. She has no other educational requirements to fulfill. She has completed Self-Esteem/Parenting, Health Education, Gender Images-Media/Parenting, Small Business, and Social Development/Parenting.

D.    **COUNSELING PROGRAMS:** During sentencing, the Court recommended treatment for gambling addiction. This facility does not offer the type of mental health treatment for gambling the Court recommended.

E.    **INCIDENT REPORTS:** Ms. Miller has maintained clear conduct.

# ATTACHMENT D

Trenèt DaRosa
62 Elmcroft Road
Stamford, CT 06902

Monday, May 22, 2006

Ms. Mildred Miller
#15069-014
Federal Prison Camp
RTE 37
Danbury, CT

To Whom It May Concern:

    I, Trenet DaRosa, would like to write this letter in support of Mildred Miller. I have known Ms. Miller since I was a little girl and have always known her to be a very hard worker. She has always been one to help out another person in need.

    Mildred Miller is such a prominent figure in our community. She is extremely involved in our church's (The United House Of Prayer For All People) outreach program, The Coalition of Concerned Citizens in the Community. This group is deeply involved in the community, holding such annual events as Easter Egg Hunt, Back-to-School Supply Give-Away, and Christmas Program. Mildred has always been a strong force in helping to make these programs a success and by making sure the community is pleased and gained hope from people doing good things in their behalf.

    Mildred is a beautiful person with a God-sent spirit that has shown through her wonderful personality. She is a good role model to look up to. In life, we all have made mistakes. We all have had some point in our lives where we wish that we could take back an action that was made or a word that was said but we know that after everything is said and done, we have to learn from our mistakes. I believe that Mildred has learned from hers and has accepted her consequences. With those realizations, we must know that today is gone and tomorrow is quickly approaching and we need to prepare for that. Preparation calls for another chance to make better choices and Mildred needs another chance to do just that: make better choices. She knows now that she will indeed do what is needed to stay the course and make choices that will positively make a difference in her life and in the life of others.

    Today, I applaud Mildred for making a difference in her life and that includes taking acceptance for her actions, getting closer to God, and improving herself. Today, she is a woman of substance filled with even more virtue. She is one who can speak to the youth and tell her story and encourage them to always make the right decisions. I pray that Mildred Miller will be allowed back into our society to continue her good works that still need to be completed.

Sincerely,

*Trenèt DaRosa*

Trenèt DaRosa

**John DaRosa**
62 Elmcroft Road
Stamford, CT 06902
Tel# (203) 357-7515
E-mail – jdarosa620@aol.com

Saturday, May 20, 2006

Ms. Mildred Miller
#15069-014
Federal Prison Camp
RTE 37
Danbury, CT 06811

To Whom It May Concern:

I write this letter in support of Ms. Mildred Miller. I have known Mildred well over 40 years and have always known her to be a spiritual minded person who attended church regularly.

She has been a dedicated worker and always trying to help someone else. A person willing to give her opinion about support in a number of projects worked on whether in the church or in her community. A big supporter of Senior Citizens Rights.

She has been a lead person with our churches (The United House Of Prayer For All People) community outreach program called the Coalition Of Concerned Citizens In The Community. This group handles many programs and issues that help make differences in many communities and some very depress neighborhoods. Programs include annual Christmas, Thanksgiving and Easter events. Issues also include: Housing, senior support, handicap requirements, voting rights and other Social Services concerns.

I believe in all good things she has done and been associated with and they have truly in packed so Many other lives and made large differences in those lives. I am sure we must somehow allow this goodness, kindness and dedicated free spirit to once again abound in our communities making differences in so many other lives.


Please take careful time in your decision on what is best for her including any previous medical condition and think of all the good she has done in the past and how much stronger she has become.

I am a Deacon with the United House Of Prayer For All People in Stamford, CT. I am also the President of the Stamford Chapter of the Coalition Of Concerned Citizens In The Community.

Best Regards,

John DaRosa
John DaRosa

**Elder Marcus Burkett, Sr.**
**110 Victor Avenue Apt# 119**
**New Haven, CT. 06511**

May 21, 2006

Mildred Miller
#15069-014
Federal Prison Camp
RTE 37
Danbury, CT. 06811

To Whom Ever It May Concern:

My name is Elder Marcus Burkett and I am an Elder of The United House Of Prayer For All People in New Haven, CT. I gladly write this letter on behalf of Ms. Mildred Miller. I have known Mildred for 25 years or more. Mildred is a wonderful person that has always done nothing in her life but try to help other people. She is one of the most kind and respectful people I know.

I am sorry this has happen to her, but people do make mistakes and need another chance in life.
Mildred is the type of person that you would do everything you can to help her. She deserves to be given a chance to be the stronger person God has allowed her to develop into. Her family, friends, acquaintance and church community miss and need her. I will continue to keep her in my prayers.

With Best Wishes,

Elder Marcus Burkett, Sr.

**Deacon Lustell Watts**
**68 Woolsey Street**
**New Haven, CT.**

May 21, 2006

Mildred Miller
#15069-014
Federal Prison Camp
RTE 37
Danbury, CT. 06811

To Whom Ever It May Concern:

I am writing this letter on behalf of Ms. Mildred Miller. I have known Mildred for the past twenty years or more. She has always been a kind and gentle person always willing to help somebody. Her personality has always been to care more for others than she has for herself.

She has always been a dedicated and hard worker in our church as well as in her community. I feel Mildred has learned more about caring for herself and putting her needs first. Mistakes have been made but the benefit is when you learn from your mistakes and move forward to better yourself. Because she has learned from her mistakes she will come out a better and stronger person. Mildred 's faith in God has helped her to over come and learn a lot.

Mildred's return to her family, friends and community would be a great asset to all of us. She is greatly missed from many of the duties in her church community and she is much needed. My hope and prayers are for Mildred to be returned to us who greatly love her.

Sincerely Your Friend,

Deacon Lustell Watts

**John DaRosa**
62 Elmcroft Road
Stamford, CT 06902
Tel# (203) 357-7515
E-mail – jdarosa620@aol.com

Saturday, May 20, 2006

Ms. Mildred Miller
#15069-014
Federal Prison Camp
RTE 37
Danbury, CT 06811

To Whom It May Concern:

I write this letter in support of Ms. Mildred Miller. I have known Mildred well over 40 years and have always known her to be a spiritual minded person who attended church regularly.

She has been a dedicated worker and always trying to help someone else. A person willing to give her opinion about support in a number of projects worked on whether in the church or in her community. A big supporter of Senior Citizens Rights.

She has been a lead person with our churches (The United House Of Prayer For All People) community outreach program called the Coalition Of Concerned Citizens In The Community. This group handles many programs and issues that help make differences in many communities and some very depress neighborhoods. Programs include annual Christmas, Thanksgiving and Easter events. Issues also include: Housing, senior support, handicap requirements, voting rights and other Social Services concerns.

I believe in all good things she has done and been associated with and they have truly in packed so Many other lives and made large differences in those lives. I am sure we must somehow allow this goodness, kindness and dedicated free spirit to once again abound in our communities making differences in so many other lives.

Please take careful time in your decision on what is best for her including any previous medical condition and think of all the good she has done in the past and how much stronger she has become.

I am a Deacon with the United House Of Prayer For All People in Stamford, CT. I am also the President of the Stamford Chapter of the Coalition Of Concerned Citizens In The Community.

Best Regards,

John DaRosa

Mrs. Maria Carson
139 New Canaan Av
Norwalk, CT 06850

May 22, 2006

Ms. Mildred Miller
#15069-014
Federal Prison Camp
RTE 37
Danbury, CT 06811

To Whom It May Concern:

This letter is written in behalf of Mildred Miller. I have known
her for over 40 years. She is a good, kind-hearted person who
extends herself to help others. She is a dedicated church member
of the United House Of Prayer for All People in Hartford, CT. ,
and a member of the Coalition of Concerned Citizens in the
Community, both in Hartford CT. and the New England District.
Through the Coalition she was involved with programs for seniors,
children, and other various community activities. Her participation
in these areas is sorely missed.

She is a good person and has grown spiritually. Her dedication
and commitment has helped others, and I pray that she will be
back with us soon, so that she can continue to do good works
and inspire others to do the same.

Sincerely,

Maria Carson

# The United House Of Prayer For All People®
### Church On The Rock Of The Apostolic Faith
### P. O. Box 368
### New York, New York 10027
### 212-749-5797

The Honorable Bishop S. C. Madison _____ Apostle H. M. Swaringer, Pastor

May 18, 2006

To Whom It May Concern:

I have been a member of The United House Of Prayer For All People ® for over 25 years. In that span of time, I have heard as well as witnessed the legendary work that Ms. Mildred Miller has done for the Church. She is renowned for the power of her leadership skills and spirit of generosity. Ms. Miller is one of the notable shakers and movers of her generation. I do not believe that those qualities in Ms. Miller have disappeared. It is for that reason that I anticipate the continuation of Ms. Miller's positive contributions to the Church upon her return.

Sincerely,

Dr. Sheila M. Parris

Sheila M. Parris, Ph. D.

### Coalition Of Concerned Citizens In The Community
### New England District
*(Community Outreach Program Of The United House Of Prayer For All People®)*
**202 Stillwater Avenue, Stamford, Connecticut 06902**
(646-259-2946) Fax (203) 363-0914 e-mail *cdarosa760@aoi.com.*

**OFFICERS**
**Cecelia DaRosa**
**District Coordinator**
**202 Stillwater Avenue**
Stamford, CT. 06902
**Barbara Bell**
Asst. District Coordinator
New Haven, CT.
**Gloria Peeler**
District Secretary
Springfield, Ma.
**Maria Carson**
District Treasurer
Stamford, CT.
**Glenda Boyd**
Asst. District Treasurer
Boston, Ma.
**LOCAL CHAPTERS**
**Glenda Boyd**
Coordinator
218 Seaver Street
Boston, Ma.
**Mabel Dumas**
Coordinator
2525 Fairfield Avenue
Bridgeport, CT. 06605
**Benita Cook**
Coordinator
940 Albany Avenue
Hartford, CT. 06612
**Pauline Christopher**
Coordinator
419 Kempton Street
New Bedford, Ma. 02740
**William Gregory**
Coordinator
100 Dixwell Avenue
New Haven, CT. 06511
**Gloria Peeler**
Coordinator
331 Wilbraham Road
Springfield, Ma. 01109
**John DaRosa**
Coordinator
202 Stillwater Avenue
Stamford, CT. 06902

Saturday, May 20, 2006

Ms. Mildred Miller  # 15069-014
Federal Prison Camp – RTE 37
Danbury, CT 06811

To Whom It May Concern:
 As I start to write this letter and think of Mildred, I have to ask how can I express my gratitude for the type of humble and meek person she is. I have known Mildred over 30 years and it is an honor to write this letter on her behalf.

I have been writing to Mildred since she has been away, and believe she has come to realize life is about getting closer to God for the answer to any problems. Mildred has always gone to church and did good things to help everyone else except herself. I believe she has now realized it is better to thine own self be true and then some one else. Mildred realizes the mistakes she has made in life and has gained more strength and faith in God and needs another chance in life.

My name is Cecelia DaRosa and I am the District Coordinator for the entire New England District of our Coalition of Concerned Citizens in the Community. The Coalition is an outreach community program of the United House of Grace for All People. We have been established since 1980. The Coalition reaches out to people in the community that are in need of various social , educational, housing, senior programs, Thanksgiving , Easter , Christmas Programs that are year round programs and activities. Mildred has been a great asset to the setup and running of many of these programs. She has worked and helped in the Hartford area as well as other areas in the New England District. We have a great need for Mildred to return to us in the continuance of many programs she implemented in the greater Hartford Community and Fairfield County.

Please allow a committed and dedicated person like Mildred the opportunity of another chance in life. The Coalition members believe in her and are all willing to work with her in future endeavors. I speak in support of Mildred Miller for myself and all the Coalition Chapters & Officers listed on our letter head.

Sincerely,

*Cecelia DaRosa*
Cecelia DaRosa, District Coordinator

*501 ( C ) 3 Non- profit Organization*

# CERTIFIED QUICKBOOKS® CONSULTANT

56 Wolfpit Ave./Norwalk, CT  06851                          **Carolyn D. Atwood**
203 840 0425                                                ccda@optonline.net
203 981 7358 cell

To Whom It May Concern:

I have known Ms. Miller for a few years now and have always found her helping somebody, whether she knew them or not.  Ms. Miller has the ability to put forth youth and community programs in order to uproot someone's education or well-being.  She has demonstrated her love and concern for other people year after year.

Over the years, Ms. Miller has always attended church events, programs, etc.  She has shown consideration of others from programs to programs.  I believe from my observance of Ms. Miller over the years, that it is her strong desire to help those who need help, and along the way, while concentrating on our desires, we sometimes overstep our means. Everyone does sometime or another, whether aware or unaware.

As the person that I am, honest, career woman, never had any encounter with the law, believes in abiding the law and abiding rules in life, I believe that since Ms. Miller has been away she has learned these characteristics as well.

Respectfully submitted,

Carolyn D. Atwood

# ATTACHMENT E

4-NOV-2005 ·16:57

# DEPARTMENT OF RADIOLOGY
### Danbury Hospital
### Danbury, CT  06810-6099
### (203) 797-7291

Name: **MILLER, MILDRED**
Sex: F   Age: 56 YRS   DOB:08/14/1949
MED.REC: (00000)0783826
Acc.Number:   MR-05-13255
Date: 11/02/05   Loc: RADIOLOGY MRI
Financial Number:  007838260005

Copy To:   DAVIRRO, JOHN MD

Referring MD:   DAVIRRO, JOHN MD
Ordering MD:   DAVIRRO, JOHN MD

----

## M A G N E T I C   R E S O N A N C E   I M A G I N G

**MR BREASTR 76093**

MRI RIGHT BREAST, 11/2/05.

HISTORY:  PREVIOUS RIGHT LUMPECTOMY.  CLINICAL HISTORY STATES ABNORMAL
ULTRASOUND, BUT NO PRIOR MAMMOGRAMS OR ULTRASOUNDS ARE AVAILABLE FOR
CORRELATION.

On a 1.5 Tesla magnet and with the patient in prone position in a breast coil,
MR imaging of the right breast was performed.

There is extensive post-surgical scarring in the upper outer right breast with
architectural distortion.  Mild signal inhomogeneity is present at the site of
several probable small surgical clips at the site.  No suspicious masses or
suspicious enhancement are demonstrated in the right breast.  No evidence of
significant skin thickening or nipple abnormality.  Several small right
axillary lymph nodes are noted, but do not appear pathologically enlarged.
Imaging was directed toward the breast tissue.

J.D'AVIRRO, M.D.
CLINICAL DIRECTOR
FCI DANBURY

NOV 0 7 2005

----

PAGE:   1     Continued ....

# DEPARTMENT OF RADIOLOGY
### Danbury Hospital
### Danbury, CT 06810-6099
### (203) 797-7291

Name: **MILLER, MILDRED**
Sex: F  Age: 56 YRS  DOB:08/14/1949
MED.REC: (00000)0783826
Acc.Number:  MR-05-13255
Date: 11/02/05  Loc: RADIOLOGY MRI
Financial Number:  007838260005

Copy To:   DAVIRRO, JOHN MD

Referring MD:   DAVIRRO, JOHN MD
Ordering MD:   DAVIRRO, JOHN MD

---------        M A G N E T I C   R E S O N A N C E   I M A G I N G        ---------

MR BREASTR 76093

IMPRESSION:

Post-lumpectomy changes in the right breast.  No MR evidence of malignancy on
the current study.  If the prior outside ultrasounds and mammograms can be
obtained, correlation can be made.

Blanco, Barbara, M.D./ Roberts, Stuart, M.D.

DICTATED BY: BLANCO, BARBARA, M.D.

        Danbury Radiology Associates, P.C.

04NOV2005
04NOV2005
PC

*why can't ultrasounds
& mammograms be obtained as
they have all of my previous
medical records.*

J.D'AVIRRO, M.D.
CLINICAL DIRECTOR
FCI DANBURY

0783826
---------------------------------------------------PAGE 1 of 5
~~.1 - Danbury, CT 06810
-----------------------------
w  07/28/06 10:54    RADIOLOGY REPORT    EXAM DATE    ACCESSION #
07/28/06    CT-06-25991
07/28/06    CT-06-25992
.EDURE    07/28/06    CT-06-25993
CHEST W CONTRAST 71260
CT ABDOMEN WITH CONTRAST 74160
PROCEDURE REASON: BREAST CANCER - R/O METASTATIC DISEASE.
CT CHEST, ABDOMEN AND PELVIS WITH CONTRAST, 7/28/06.
TECHNIQUE: Multidetector helical imaging was obtained at 5 mm thick
collimation from the thoracic inlet through the symphysis pubis after
the uneventful administration of 110 cc of Omnipaque-350 as well as
oral contrast. No prior CT scans are available for comparison.
FINDINGS:
CHEST:
pleuroparenchymal changes are identified in the left apex. There is a
triangular shaped opacity which measures 2.6 x 2.1 cm and contains
calcifications. A smaller opacity is present in the right apex.
Linear areas of scarring are identified in the right middle lobe.
Very small calcific nodules are present in the left lower lobe (images
26-31). There is also a small pleural based density anteriorly on the
left (image 21) with a small calcification. The trachea and main
bronchi are patent. There are no pleural or pericardial effusions.
There is no lymphadenopathy in the chest. Lymph nodes which measure 7
mm in short axis in the axillary region do not meet the size criteria
for lymphadenopathy. There is a punctate calcific density in the
right breast (image 25). More posteriorly, there is an appropriately
11 mm nodule.
ABDOMEN:
In the dome of the right lobe of the liver, there is a poorly defined
14 mm hypodensity which is incompletely characterized on this exam. A
slightly smaller area of hypodensity is identified slightly inferior
to this (image 42). There is no biliary ductal dilatation. A
calcified gallstone is present in the gallbladder. The spleen,
pancreas, kidneys and adrenals are unremarkable. There is no
abdominal or retroperitoneal lymphadenopathy.

Contrast is present in the small and large bowel with no evidence of
obstruction or mural thickening. Multiple~~~~~~~~~~~~~~~~~~~~~~~~~
the pelvis. To the left of midline there is a 3.5 cm mass which
contains coarse calcifications and is most consistent with a
degenerating fibroid. Two additional masses by the fundus of the
uterus measure 3.9 and 4.1 cm. The 3.9 cm mass demonstrates slightly
more enhancement. These may represent additional fibroids.~~~~~~~~
mass~~~~~~~~~~ 1.3 cm and is noted to the right of the uterus. This mass
is not clearly associated with the uterus and may be adnexa in
origin. No free fluid is identified in the pelvis. The urinary
bladder is unremarkable.
IMPRESSION:
Bi-apical pleuroparenchymal changes with calcifications identified on
the left.
                        RADIOLOGY REPORT
                        EXAM DATE    ACCESSION #
PROCEDURE                07/28/06    CT-06-25991
CT CHEST W CONTRAST 71260   07/28/06    CT-06-25992
CT PELVIS W CONTRAST 72193   07/28/06    CT-06-25993
CT ABDOMEN WITH CONTRAST 74160
IMPRESSION:
Left lower lobe calcified granulomas.
Punctate density in the right breast and an 11 mm nodule posteriorly.
Correlation with mammography is recommended.
--------------------------------------------------------------------
MILLER ,MILDRED          MR#: 0783826       DOB: 08/14/1949 SEX: F
Inmate#: 15069014
                                            15:34 08/08/06 FROM @014,OIPRTG
MJOS1705

⌐RED            ,    0783826
\pital - Danbury, CT 06810
----------------------------------------------------------------PAGE    2   of    5
⌐ hepatic hypodensities measuring up to 14 mm.  Further evaluation
⌐n MRI is recommended.
⌐ultiple pelvic masses.  These may represent fibroids.  However, the
largest lesion may be adnexal in origin.  The possibility of neoplasm
cannot be excluded.  Further evaluation is recommended.
DICTATED BY: STOHR, GEORGE, D.O.
Danbury Radiology Associates, P.C.
28JUL2006 30JUL2006 PC
   PELVIS W  07/28/06 10:54     Medical Image

-----------------------------------------------------------------
ILLER ,MILDRED
nate#: 15069014          MR#: 0783826      DOB: 08/14/1949 SEX: F

)S1705                                    15:34 08/08/06 FROM @014,OIPRTGF1

,MILDRED                    ,    0783826
~y Hospital - Danbury, CT 06810
---------------------------------------------------------------PAGE  1 of  2
MR BRST    07/28/06 11:20        RADIOLOGY REPORT

PROCEDURE                                EXAM DATE   ACCESSION #
MR BREASTL 76093                         07/28/06   MR-06-08842
CLINICAL:  HISTORY RIGHT BREAST CANCER.
t 1.5T, utilizing dedicated breast coil, multiple series were
btained prior to, dynamically during, and then following uneventful
ntravenous administration of 20 cc of gadolinium paramagnetic
ontrast.  Correlation is made with Danbury Hospital breast MRI exam
f 11/2/05.  However, no other prior breast imaging studies are
urrently available.
arenchyma is heterogeneously dense.  Morphologically, there is no
istinct solid or cystic mass identified, and visible lymph nodes are
orphologically normal.  However, with contrast administration, there
s intense early enhancement of an approximate 10 mm lesion in the
entral retroareolar breast which gradually washes out over time; the
ontrast characteristics are suspicious for malignancy.
MPRESSION:
ense parenchyma.
uspicious 10 mm enhancing lesion in the central retroareolar breast.
irect correlation with mammography and sonography is recommended, to
ide biopsy if possible.
I-RADS 4 - suspicious lesion.
ICTATED BY: HULNICK, DONALD M.D.
anbury Radiology Associates, P.C.
JUL2006 31JUL2006 NR
MR BRST   07/28/06 11:20     Medical Image

----------------------------------------------------------------
,MILDRED
15069014          MR#: 0783826        DOB: 08/14/1949 SEX: F
7
                                       15:40 08/08/06 FROM @014,OIPRTGF1



Danbury Office of Physician Services, P.C.

Praxair Cancer Center

Vincent A. Rella, M.D.

June 27, 2006

Joseph Davirro, M.D.
Federal Correctional Inst.
Rt. 37
Danbury, CT  06811

Re:  Mildred Miller

Dear Dr. Davirro:

This is a follow up on Mildred Miller.  She has Stage I carcinoma of the
breast status post chemo/radiation therapy in 2004, and is presently on
Arimidex.  The patient reports that over the last several weeks she has
had left breast discomfort.  Dr. Spera of Radiation Oncology saw her last
week for examination, which was essentially negative.  However, on review
of her chart, it was noted that her CA15-3 was slightly elevated and she
was referred here.

When I saw her today she complained of left breast discomfort, and
expressed concern about the elevated CA15-3 and its significance.  On exam
today, I found no palpable abnormalities.  Her mammogram in 5/06 was
normal.  Her recent CA15-3 is slightly elevated at 31, and was 28 in 8/05.
This is most likely of benign cause.  However, due to her concern I am
recommending further workup, including: MRI of the left breast to ensure
there is no recurrent/new foci of malignancy; CAT scans of the chest,
abdomen and pelvis to assess for distant disease associated with the
elevated CA15-3.  I would also ask that you draw a CA15-3 and CEA level in
two months for follow up purposes.  I will be happy to see her again
following those results, and reassess her for any evidence of disease.

If you have any questions, please don't hesitate to contact me.

Sincerely,

Vincent A. Rella, M.D.

VAR/i/MS

JOHN C. D'AVIRRO, M.D
CLINICAL DIRECTOR

JUL 06 2006

FCI DANBURY