UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA          : September 19, 2006

v.                                : 3:03CR00057(JCH)

MILDRED MILLER                    :


GOVERNMENT'S MOTION TO CONTINUE SENTENCING
AND FOR EXTENSION OF TIME TO FILE REPLY BRIEF

On September 14, 2006, this Court entered an order rescheduling the re-sentencing of

defendant Mildred Miller from September 26, 2006 to October 10, 2006 at 12:00 p.m.

Unfortunately, this date and time directly conflict with an important matter which was scheduled

over a month ago.  Because the conflict involves a federal grand jury matter, counsel is unable to

provide further details other than to assure the court that it concerns an important matter which

cannot be changed.  In addition, this is the first request for a continuance made by the

Government.  Accordingly, the Government respectfully requests that the sentencing be

rescheduled to the week of October 16, 2006, or later.

In connection with the anticipated re-sentencing of September 29, 2006, this Court

entered a scheduling order requiring the defendant to file a sentencing memorandum by

September 14, 2006 and the Government to respond by September 20, 2006.  Government

counsel returned to the office on September 18, 2006 after an absence of two weeks and

respectfully requests additional time to reply to defendant's brief. This additional time would

- 2 -

enable counsel to more meaningfully review the issues raised by the defendant, and would in no

way delay the sentencing. Accordingly, it is respectfully requested that an extension of time be

granted to permit the filing of a response on or before October 3, 2006.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


By:     /S/_____
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct24432

For:    JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT00360
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101

- 3 -

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the within and foregoing has been faxed and mailed, first

class, postage prepaid, this 19th day of September, 2006 to:

        Eileen F. Shapiro
        Attorney at Law
        45 Washington Street #10
        Brooklyn, NY 11201

By:   /S/_____
       HAROLD H. CHEN
       ASSISTANT UNITED STATES ATTORNEY
For:  JAMES G. GENCO
       ASSISTANT UNITED STATES ATTORNEY