UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:03CR00057(JCH)

MILDRED MILLER :

### ORDER OF PHYSICAL EXAMINATION/ EVALUATION TO AID THE COURT IN SENTENCING

The above named defendant pled guilty to a violation of 18 United States Code, Section § 1343 and the Court continued the matter for a re-sentencing. The Court has determined that an independent medical examination of the records and/or the defendant is necessary to accurately assess the defendant's physical condition and necessary treatment to aid in determination of sentence.

Therefore, it is ORDERED pursuant to 18 U.S.C. § 3552(b) that the Probation Office make arrangements to have the medical records of the defendant and the defendant (if necessary), examined by a qualified oncologist, who will be appointed, and to make the results of that review/examination available to the Court. It is further ordered by the Court that the review/examination be completed within 30 days and if needed, an extension of 15 days will be granted by the Court. The Probation Office shall share with the examiner all such materials in its possession, including the presentence report, and past and present medical records to assist the reviewer with the examination. The presentence report will be disclosed in accordance with Local Rule 9.

Signed this 27th day of October 2006 at Bridgeport, Connecticut.

                          The Honorable Janet C. Hall
                          United States District Judge