# Eileen F. Shapiro

Attorney at Law, P.C.
45 Washington Street #160
Brooklyn, NY 11201
(718) 254-0049 · (718) 923-0662
eileenshapiro@eurekamail.net

**BY FACSIMILE**

December 4, 2006

Hon. Janet C. Hall
United States District Judge for the
  District of Connecticut
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: <u>United States v. Mildred Miller – 03-Cr-00057</u>

Dear Judge Hall:

As I advised the Court in my earlier telephone message, I am scheduled to argue <u>United States v. Kiltinivichious – Docket No. 06-0921</u> before the Second Circuit on December 11, 2006 at 2:00 p.m. I therefore request that Ms. Miller's sentencing proceeding, which has been scheduled for that afternoon, be reset. I am available any other day during the next two weeks, except that I have long awaited medical appointments scheduled for December 12 and December 18.

Thank you very much for your kind consideration.

Respectfully yours,

Eileen Shapiro

James Genco, Esq. (by Fax)