UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Number:3:03CR00057(JCH) |
| vs. | : | |
| | : | |
| MILDRED MILLER | : | APRIL 15, 2008 |

## ORDER ELIMINATING SPECIAL CONDITION FOR HOME CONFINEMENT WITH ELECTRONIC MONITORING

The above-named defendant appeared before the Court for re-sentencing on December 20, 2006, for a violation of 18 U.S.C. §1343, Wire Fraud. Ms. Miller was sentenced to time served followed by 3 years' supervised release with the first six months to be completed on home confinement with electronic monitoring.

The Court has been provided with information by the U.S. Probation Office indicating that home confinement was not necessary after an assessment was conducted by the Probation Office and based on the defendant's medical condition and overall compliance while on supervised release.

IT IS HEREBY ORDERED that the special condition requiring the defendant to be placed on home confinement with electronic monitoring be eliminated.

All other aspects of the Amended Judgment shall remain in effect.

Signed this 17th day of April 2008.

/s/ Janet C. Hall, USDJ
The Honorable Janet C. Hall
U. S. District Judge