UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

United States of America :

v. : DOCKET NO: 3:03CR57 (JCH)

Mildred Miller : July 14, 2008

2008 JUL 17 P 12: 03
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

*/s/ Christine Sciarrino*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510
TELEPHONE (203) 821-3700
FAX: (203) 773-5392
EMAIL: Christine.Sciarrino@usdoj.gov
FEDERAL BAR NO: CT03393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid on this 14th day of July, 2006 to:

Ms. Mildred Miller
43 Edgemont Avenue
West Hartford, Connecticut 06110

*/s/ Christine Sciarrino*

CHRISTINE SCIARRINO