UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America    :
                            :                          **FILED**
         v.                 :   DOCKET NO: 3:03CR57 (JCH)
                            :                          2008 JUL 17 P 12:03
Mildred Miller              :   July 14, 2008
                                                       U.S. DISTRICT COURT
                                                       BRIDGEPORT, CONN

### MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND FOR A HEARING ON DEFENDANT'S ABILITY TO PAY THE JUDGMENT

The Government in the above-entitled action represents:

1. That judgment was imposed upon the Defendant, Mildred Miller, before the United States District Court, District of Connecticut, on December 5, 2003. As part of the judgment, the Defendant was ordered to pay restitution in the amount of $4,765,998.00. The Defendant's last payment was made on May 2, 2008 in the amount of $50.00. As of July 14, 2008, total restitution owed by Mildred Miller is $4,747,762.76.

2. On June 3, 2008, the Government served by mail a set of Post Judgment Interrogatories and Request for Production on the Defendant, Mildred Miller. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the Defendant has not filed any response.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure disclosure", and F.R.Civ.P.37(d), which authorizes this Court to "make such orders in regard to the failure [to answer interrogatories] as are just", the Government respectfully

requests that an order be entered requiring the Defendant to appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

The Government further moves that as part of the aforesaid order, the Defendant be required to produce at the hearing: (1) copies of Defendant's income tax records filed for the last two years; (2) all other documents sought by Government's Request for Production; and (3) a completed financial statement to assist the Court's evaluation of the Defendant's ability to pay. A proposed Order is attached hereto for the Court's consideration.

                                              Respectfully Submitted,

                                              NORA R. DANNEHY
                                              ACTING UNITED STATES ATTORNEY

                                              CHRISTINE SCIARRINO
                                              ATTORNEY BAR NO: CT03393
                                              ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                                              UNITED STATES ATTORNEY'S OFFICE
                                              157 CHURCH STREET, 23RD FLOOR
                                              NEW HAVEN, CT  06508
                                              TELEPHONE: (203) 821-3700
                                              FAX: (203) 773-5392
                                              E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was mailed postage prepaid on this 14th day of July, 2008 to:

Mildred Miller
43 Edgemont Avenue
West Hartford, Connecticut 06110

                                              _____
                                              CHRISTINE SCIARRINO
                                              ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

v.                              :        DOCKET NO: 3:03CR57 (JCH)

Mildred Miller                  :

## O R D E R

Defendant having filed a Motion to Examine Judgment Debtor and for a hearing on Defendant's ability to pay the judgment rendered against Defendant, it is hereby:

ORDERED that the Defendant, Mildred Miller, appear before the District Court in Room Number ___ at _____, Connecticut on the _____ day of _____, 2008, at _____ o'clock in the _____ noon, and then and there be examined under oath concerning her assets and her ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that Defendant bring with her and produce at the hearing all documents sought by plaintiff's Request for Production served on or about June 3, 2008, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the Defendant.

The Defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the

Defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the Defendant.

Dated this _____ day of _____, 2008, at Bridgeport, Connecticut.

_____
JANET C. HALL
UNITED STATES DISTRICT JUDGE



U.S. Department of Justice
Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
NOTE: Use additional sheets where space on this form
is insufficient or continue on back of last page.

## FINANCIAL STATEMENT FOR BUSINESS

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

**Section 1**
Business
Information

1. Business Name_____
   Street Address _____
   City_____State_____Zip_____
   County_____
   1a. Business Telephone (___) _____
   2a. Type of entity: (check one)
      ☐ Partnership  ☐ Corporation  ☐ Other_____
   2b. Type of Business_____
   2c. Other names that the business uses_____

3. Contact Name_____
   3a. Contact's Business Telephone (___)_____
      Extension _____
      Best Time To Call _____a.m. _____p.m.
   3b. Contact's Home Telephone (___)_____
      Best Time To Call _____a.m. _____p.m.
   3c. Contact's Other Telephone (___)_____
      Telephone Type (i.e. cellular, pager)_____
   3d. Contact's E-mail_____

**Section 2**
Business
Personnel
and

**4. PERSON RESPONSIBLE FOR DEPOSITING PAYROLL TAXES**
4a. Full Name_____Title_____  Social Security Number_____
    Home Street Address_____  Home Telephone (___)_____
    City_____State_____Zip_____  Ownership Percentage & Shares or Interest_____

**5. PARTNERS, OFFICERS, MAJOR SHAREHOLDERS, ETC.**
5a. Full Name_____Title_____  Social Security Number_____
    Home Street Address_____  Home Telephone (___)_____
    City_____State_____Zip_____  Ownership Percentage & Shares or Interest_____

5b. Full Name_____Title_____  Social Security Number_____
    Home Street Address_____  Home Telephone (___)_____
    City_____State_____Zip_____  Ownership Percentage & Shares or Interest_____

5c. Full Name_____Title_____  Social Security Number_____
    Home Street Address_____  Home Telephone (___)_____
    City_____State_____Zip_____  Ownership Percentage & Shares or Interest_____

5d. Full Name_____Title_____  Social Security Number_____
    Home Street Address_____  Home Telephone (___)_____
    City_____State_____Zip_____  Ownership Percentage & Shares or Interest_____

**Section 3**
Accounts/
Notes
Receivable

**6. ACCOUNTS/NOTES RECEIVABLE.** List all contracts separately, including contracts awarded, but not yet started.

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 6a. | Name_____ | $_____ | _____ | ☐ 0-30 days |
| | Street Address_____ | | | ☐ 30-60 days |
| | City/State/Zip_____ | | | ☐ 60-90 days |
| | | | | ☐ 90+ days |

EXhiBIT "A"

Business Name_____  EIN_____  Page 2

| | | | | |
|---|---|---|---|---|
| **Section 3** continued | 6b. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| If additional space is needed use separate sheet. | 6c. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6d. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6e. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6f. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6g. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6h. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6i. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6j. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6k. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____  _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

6a + 6k = 6l    $_____
Amount from
any separate sheet  + $_____

**Total Accounts/**
**Notes Receivable** $_____

Business Name_____ EIN_____ Page 3

| | |
|---|---|
| **Section 4**<br>Other<br>Financial<br>Information | **7. OTHER FINANCIAL INFORMATION**: Respond to the following business questions.<br>7a. Does this business have other business relationships (e.g. subsidiary or parent, corporation, partnership etc)?<br>☐ No  ☐ Yes, list EIN_____ Additional EIN_____<br><br>7b. Does anyone (e.g. officer, stockholder, partner or employees) have an outstanding loan from the business?<br>☐ No  ☐ Yes, amount $_____ Date of loan_____ Current Balance $_____<br><br>7c. Are there any judgments or liens against your business? ☐ No  ☐ Yes, who is creditor?_____<br>Date of Judgment/Lien_____ Amount of Debt $_____<br><br>7d. Is your business a party in a lawsuit?<br>☐ No  ☐ Yes, amount of suit $_____ Possible completion date_____<br>Subject matter of suit_____ Court filed in_____<br><br>7e. Has your business ever filed bankruptcy?<br>☐ No  ☐ Yes, date filed_____ Date discharged_____ Case No._____<br><br>7f. In the past 10 years, have you transferred any assets from your business name for less than their actual value?<br>☐ No  ☐ Yes, what asset_____ Value at time of transfer_____<br>When was it transferred_____ To whom was it transferred_____<br><br>7g. Do you anticipate any increase in business income (e.g. contracts bid on but not yet awarded)<br>☐ No  ☐ Yes, why the increase_____<br>How much will it increase_____ When will it increase_____<br><br>7h. Is your business a beneficiary of a trust, an estate or a life insurance policy?<br>☐ No  ☐ Yes, name of trust, estate or policy_____<br>Anticipated amount to be received_____ When to be received_____ |
| **Section 5**<br>Business<br>Assets<br><br>*Indicate<br>the amount<br>you could<br>sell the asset<br>for today. | **8. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc.<br><br>           Description      Current Value*    Loan Balance    Name of Lender    Purchase Price    Monthly Pymt<br>8a.  Year_____ Make_____ Model_____ $_____ $_____ _____ $_____ $_____<br>8b.  Year_____ Make_____ Model_____ $_____ $_____ _____ $_____ $_____<br>8c.  Year_____ Make_____ Model_____ $_____ $_____ _____ $_____ $_____<br><br>**9. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc.<br><br>           Description      Lease Balance    Name of Lessor    Lease Date    Monthly Payment<br>9a.  Year_____ Make_____ Model_____ $_____ _____ _____ $_____<br>9b.  Year_____ Make_____ Model_____ $_____ _____ _____ $_____<br><br>☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance of the loan for each vehicle purchased or leased. |

Business Name_____   EIN_____   Page 4

| | |
|---|---|
| **Section 5**<br>continued | **10. REAL ESTATE.** List all real estate owned by the business. (If you need additional space, usa a separate sheet.) |

| Street Address, City<br>State, Zip, County | Date<br>Purchased | Purchase<br>Price | Current<br>Value* | Loan<br>Balance | Lender/<br>Lien Holder | Monthly<br>Payment |
|---|---|---|---|---|---|---|
| 10a. _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |
| 10b. _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED:** Please provide your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

---

**11. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (f you need additional space, use a separate sheet.) Note: If attaching a depreciation schedule, the attachment must include all of the information requested below.

| | Description | Current<br>Value* | Loan<br>Balance | Lender | Monthly<br>Payment |
|---|---|---|---|---|---|
| 11a. | Machinery | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | Equipment | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | Merchandise | $_____ | $_____ | _____ | $_____ |

Other Assets: (List below)

| 11b. | _____ | $_____ | $_____ | _____ | $_____ |
|---|---|---|---|---|---|
| 11c. | _____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED:** Please provide your current statement from lender with monthly payment amount and current balance for assets listed which have an encumbrance.

---

| | |
|---|---|
| **Section 6**<br><br>Investment,<br>Banking and<br>Cash<br>Information | **12. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, etc. |

| | Name of Company | Number of<br>Shares/Units | Current<br>Value | Loan Amount | Used as collateral<br>on a loan? |
|---|---|---|---|---|---|
| 12a. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12b. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12c. | Total Investments | | | $_____ | |

Business Name_____ EIN_____    Page 5

| Section 6 continued | 13. BANK ACCOUNTS. List checking and savings accounts. (If you need additional space, use a separate sheet.) |

|  | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 13a. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 13b. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 13c. | Total Other Account Balances | | | $_____ |

☞ ATTACHMENTS REQUIRED: Please include your current bank statements (checking and savings) for the past **3 months** for all accounts.

**14. OTHER ACCOUNTS.** List all accounts including brokerage accounts, money market, additional checking, and savings accounts, etc. not listed on line #13.

|  | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 14a. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 14b. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 14c. | Total Other Accounts | | | $_____ |

☞ ATTACHMENTS REQUIRED: Please include your current bank statements for the past **3 months** for all accounts.

**15. CASH ON HAND.** Include any money that you have that is not in the bank.

**15a. Total Cash on Hand**                                                                                                          $_____

**16. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

|  | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|---|
| 16a. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |
| 16b. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |
| 16c. | **Total Minimum Payments** | | | $_____ |

Name_____   SSN_____   Page 6

| | |
|---|---|
| **Section 7**<br>Monthly Income and Expenses | 17. The following information applies to income and expenses from your most recently filed Form 1120 or Form 1065. Fiscal Year Period _____ to _____. |
| | 18. Accounting Method used:   ☐ Cash      ☐ Accrual |

The information included on lines 19 through 39 should reconcile to your business federal tax return.

| Total Income | | Total Living Expenses | |
|---|---|---|---|
| <u>Source</u> | <u>Gross monthly</u> | <u>Expense Items</u> | <u>Actual Monthly</u> |
| 19. Gross Receipts | $_____ | 27. Materials Purchased | $_____ |
| 20. Gross Rental Income | _____ | 28. Inventory Purchased | _____ |
| 21. Interest | _____ | 29. Gross Wages & Salaries | _____ |
| 22. Dividends | _____ | 30. Rent | _____ |
| Other Income (lines 23-25) | | 31. Supplies | _____ |
| 23. _____ | _____ | 32. Utilities/Telephone | _____ |
| 24. _____ | _____ | 33. Vehicle Gasoline/Oil | _____ |
| 25. _____ | _____ | 34. Repairs/Maintenance | _____ |
| 26. Total Income (19-25) | $_____ | 35. Insurance | _____ |
| | | 36. Current Taxes | _____ |
| | | Other Expenses (lines 37-38) | |
| | | 37. _____ | _____ |
| | | 38. _____ | _____ |
| | | 39. Total Expenses (27-38) | $_____ |

☞ **ATTACHMENTS REQUIRED:** Please include proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.

---

| **CERTIFICATION** |
|---|
| I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment. |
| Signature_____   Social Security No._____   Date_____ |
| Title_____ |
| **WARNING** |
| False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001. |