UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :

      v.                              :    DOCKET NO: 3:03CR57 (JCH)

Mildred Miller                   :

### O R D E R

    Defendant having filed a Motion to Examine Judgment Debtor and for a hearing on Defendant's ability to pay the judgment rendered against Defendant, it is hereby:

    ORDERED that the Defendant, Mildred Miller, appear before the District Court in Room Number 2 at 915 Lafayette Blvd, Bridgeport, Connecticut on the 20th day of August, 2008, at 2:00 o'clock in the afternoon, and then and there be examined under oath concerning her assets and her ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that Defendant bring with her and produce at the hearing all documents sought by plaintiff's Request for Production served on or about June 3, 2008, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the Defendant.

    The Defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the

Defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the Defendant.

Dated this 25th day of July, 2008, at Bridgeport, Connecticut.

/s/ Janet C. Hall
JANET C. HALL
UNITED STATES DISTRICT JUDGE



U.S. Department of Justice
Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
NOTE: Use additional sheets where space on this form
is insufficient or continue on back of last page.

**FINANCIAL STATEMENT FOR BUSINESS**

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

**Section 1**
Business Information

1. Business Name_____
   Street Address _____
   City_____ State_____ Zip_____
   County_____
   1a. Business Telephone (___)_____
   2a. Type of entity: (check one)
      ☐ Partnership  ☐ Corporation  ☐ Other_____
   2b. Type of Business_____
   2c. Other names that the business uses_____

3. Contact Name_____
   3a. Contact's Business Telephone (___)_____
      Extension_____
      Best Time To Call_____ a.m._____ p.m.
   3b. Contact's Home Telephone (___)_____
      Best Time To Call_____ a.m._____ p.m.
   3c. Contact's Other Telephone (___)_____
      Telephone Type (i.e. cellular, pager)_____
   3d. Contact's E-mail_____

**Section 2**
Business Personnel and

4. **PERSON RESPONSIBLE FOR DEPOSITING PAYROLL TAXES**
   4a. Full Name_____ Title_____
       Home Street Address_____
       City_____ State_____ Zip_____

   Social Security Number_____
   Home Telephone (___)_____
   Ownership Percentage & Shares or Interest_____

5. **PARTNERS, OFFICERS, MAJOR SHAREHOLDERS, ETC.**
   5a. Full Name_____ Title_____
       Home Street Address_____
       City_____ State_____ Zip_____
       Social Security Number_____
       Home Telephone (___)_____
       Ownership Percentage & Shares or Interest_____

   5b. Full Name_____ Title_____
       Home Street Address_____
       City_____ State_____ Zip_____
       Social Security Number_____
       Home Telephone (___)_____
       Ownership Percentage & Shares or Interest_____

   5c. Full Name_____ Title_____
       Home Street Address_____
       City_____ State_____ Zip_____
       Social Security Number_____
       Home Telephone (___)_____
       Ownership Percentage & Shares or Interest_____

   5d. Full Name_____ Title_____
       Home Street Address_____
       City_____ State_____ Zip_____
       Social Security Number_____
       Home Telephone (___)_____
       Ownership Percentage & Shares or Interest_____

**Section 3**
Accounts/
Notes
Receivable

6. **ACCOUNTS/NOTES RECEIVABLE.** List all contracts separately, including contracts awarded, but not yet started.

   | | Description | Amount Due | Date Due | Age of Account |
   |---|---|---|---|---|
   | 6a. | Name_____ | $_____ | _____ | ☐ 0-30 days |
   | | Street Address_____ | | | ☐ 30-60 days |
   | | City/State/Zip_____ | | | ☐ 60-90 days |
   | | | | | ☐ 90+ days |

EXhIBIT "A"

Business Name_____  EIN_____   Page 2

| | | | |
|---|---|---|---|
| **Section 3** continued | 6b. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| If additional space is needed use separate sheet. | 6c. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6d. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6e. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6f. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6g. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6h. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6i. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6j. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| | 6k. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

6a + 6k = 6l    $_____
Amount from
any separate sheet  + $_____

**Total Accounts/
Notes Receivable** $_____

Business Name_____ EIN_____ Page 3

| | |
|---|---|
| **Section 4**<br>Other<br>Financial<br>Information | **7. OTHER FINANCIAL INFORMATION:** Respond to the following business questions.<br>7a. Does this business have other business relationships (e.g. subsidiary or parent, corporation, partnership etc)?<br>☐ No   ☐ Yes, list EIN_____ Additional EIN_____<br><br>7b. Does anyone (e.g. officer, stockholder, partner or employees) have an outstanding loan from the business?<br>☐ No   ☐ Yes, amount $_____ Date of loan_____ Current Balance $_____<br><br>7c. Are there any judgments or liens against your business? ☐ No   ☐ Yes, who is creditor?_____<br>Date of Judgment/Lien_____ Amount of Debt $_____<br><br>7d. Is your business a party in a lawsuit?<br>☐ No   ☐ Yes, amount of suit $_____   Possible completion date_____<br>Subject matter of suit_____   Court filed in_____<br><br>7e. Has your business ever filed bankruptcy?<br>☐ No   ☐ Yes, date filed_____ Date discharged_____ Case No._____<br><br>7f. In the past 10 years, have you transferred any assets from your business name for less than their actual value?<br>☐ No   ☐ Yes, what asset_____ Value at time of transfer_____<br>When was it transferred_____ To whom was it transferred_____<br><br>7g. Do you anticipate any increase in business income (e.g. contracts bid on but not yet awarded)<br>☐ No   ☐ Yes, why the increase_____<br>How much will it increase_____ When will it increase_____<br><br>7h. Is your business a beneficiary of a trust, an estate or a life insurance policy?<br>☐ No   ☐ Yes, name of trust, estate or policy_____<br>Anticipated amount to be received_____ When to be received_____ |

**Section 5**
Business Assets

*Indicate the amount you could sell the asset for today.

**8. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc.

| | | Current Value* | Loan Balance | Name of Lender | Purchase Price | Monthly Pymt |
|---|---|---|---|---|---|---|
| 8a. | Year_____<br>Make_____<br>Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |
| 8b. | Year_____<br>Make_____<br>Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |
| 8c. | Year_____<br>Make_____<br>Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |

**9. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc.

| | Description | Lease Balance | Name of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 9a. | Year_____<br>Make_____<br>Model_____ | $_____ | _____ | _____ | $_____ |
| 9b. | Year_____<br>Make_____<br>Model_____ | $_____ | _____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED:** Please provide your current statement from lender with monthly payment amount and current balance of the loan for each vehicle purchased or leased.

Business Name_____ EIN_____    Page 4

| Section 5 continued | **10. REAL ESTATE.** List all real estate owned by the business. (If you need additional space, use a separate sheet.) |
|---|---|

| Street Address, City State, Zip, County | Date Purchased | Purchase Price | Current Value* | Loan Balance | Lender/ Lien Holder | Monthly Payment |
|---|---|---|---|---|---|---|
| 10a. _____ |  |  |  |  |  |  |
| _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |
| 10b. _____ |  |  |  |  |  |  |
| _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

**11. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (f you need additional space, use a separate sheet.) Note: If attaching a depreciation schedule, the attachment must include all of the information requested below.

| | Description | Current Value* | Loan Balance | Lender | Monthly Payment |
|---|---|---|---|---|---|
| 11a. | Machinery | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | Equipment | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | Merchandise | $_____ | $_____ | _____ | $_____ |

Other Assets: (List below)

| 11b. | _____ | $_____ | $_____ | _____ | $_____ |
|---|---|---|---|---|---|
| 11c. | _____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance for assets listed which have an encumbrance.

| Section 6 Investment, Banking and Cash Information | **12. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, etc. |
|---|---|

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount | Used as collateral on a loan? |
|---|---|---|---|---|---|
| 12a. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12b. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12c. Total Investments |  |  |  | $_____ |  |

Business Name_____ EIN_____   Page 5

| Section 6 continued | 13. BANK ACCOUNTS. List checking and savings accounts. (If you need additional space, use a separate sheet.) |

|  | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 13a. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 13b. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 13c. | Total Other Account Balances | | | $_____ |

☞ ATTACHMENTS REQUIRED: Please include your current bank statements (checking and savings) for the past 3 months for all accounts.

**14. OTHER ACCOUNTS.** List all accounts including brokerage accounts, money market, additional checking, and savings accounts, etc. not listed on line #13.

|  | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 14a. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 14b. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |

14c. Total Other Accounts                                                                              $_____

☞ ATTACHMENTS REQUIRED: Please include your current bank statements for the past 3 months for all accounts.

**15. CASH ON HAND.** Include any money that you have that is not in the bank.

15a. Total Cash on Hand                                                                               $_____

**16. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

|  | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|---|
| 16a. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |
| 16b. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |

16c. Total Minimum Payments                                                                           $_____

Name_____  SSN_____  Page 6

**Section 7**
**Monthly**
**Income and**
**Expenses**

17. The following information applies to income and expenses from your most recently filed Form 1120 or Form 1065. Fiscal Year Period _____ to _____.

18. Accounting Method used:    ☐ Cash            ☐ Accrual

The information included on lines 19 through 39 should reconcile to your business federal tax return.

**Total Income**

| Source | Gross monthly |
|---|---|
| 19. Gross Receipts | $_____ |
| 20. Gross Rental Income | _____ |
| 21. Interest | _____ |
| 22. Dividends | _____ |
| Other Income (lines 23-25) | |
| 23. _____ | _____ |
| 24. _____ | _____ |
| 25. _____ | _____ |
| 26. Total Income (19-25) | $_____ |

**Total Living Expenses**

| Expense Items | Actual Monthly |
|---|---|
| 27. Materials Purchased | $_____ |
| 28. Inventory Purchased | _____ |
| 29. Gross Wages & Salaries | _____ |
| 30. Rent | _____ |
| 31. Supplies | _____ |
| 32. Utilities/Telephone | _____ |
| 33. Vehicle Gasoline/Oil | _____ |
| 34. Repairs/Maintenance | _____ |
| 35. Insurance | _____ |
| 36. Current Taxes | _____ |
| Other Expenses (lines 37-38) | |
| 37. _____ | _____ |
| 38. _____ | _____ |
| 39. Total Expenses (27-38) | $_____ |

☞ ATTACHMENTS REQUIRED: Please include proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.

---

**CERTIFICATION**

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment.

Signature _____  Social Security No. _____  Date _____

Title _____

**WARNING**

False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001.