TOTAL TIME: ___ hours ___ minutes       DEPUTY CLERK _____       HONORABLE _____
                                         USPO _____              RPTR./ECRO/TAPE _____
                                                                    INTERPRETER _____

DATE _____ START TIME _____ END TIME _____

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA RULE 5
- [ ] ARRAIGNMENT
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [ ] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [x] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # 3_____ DEFT # ____

UNITED STATES OF AMERICA                        _____, AUSA
                vs
_____                              _____
                                                Counsel for Deft. Ret - (R), CJA - (C), PDA - (P)

- Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): _____ [ ] case unsealed; or [ ] Rule 5 arrest, District of _____
- CJA 23 Financial Affidavit filed [ ] under seal
- Order appointing Federal Public Defender's Office filed
- Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- Appearance of _____ filed
  - [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
  - [ ] Information/Misdemeanor filed [ ] Sealed Information filed
  - [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
  - [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- Plea Agreement Letter filed [ ] under seal; [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
- Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- Petition to Enter Guilty Plea filed
- Deft motions due _____; Govt. responses due _____
- Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- Hearing on Pending Motions scheduled for _____ at _____
- Jury Selection set for _____ at _____
- Remaining count(s) to be dismissed at sentencing
- Sentencing set for _____ at _____
- Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Order of Detention filed
- Deft ordered removed/committed to originating/another District of _____
- No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- Waiver of Rule 5 Hearing filed
- Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- Defendant detained
- Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- **Set Attorney Flag**

[ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings